UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SARAH BOS,<br><br>   Plaintiff,<br><br>  v.<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:25-cv-02456-WBS-DMC<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. William B. Shubb<br><br>Complaint File:  August 27, 2025 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is hereby dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

Dated:  February 18, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4913-7015-4383 v1

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1